UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:  CASE NO.  19-80157 JJG-13
    MICHAEL JAMES ELLEBRECHT, II, and
    BOBBIE JO ELLEBRECHT,
        Debtor(s).

TRUSTEE'S OBJECTION TO CLAIM #4
AND NOTICE OF RESPONSE DEADLINE

    Donald L. Decker, the Chapter 13 Standing Trustee, files this Objection to Claim #4 filed by Financial Center First Credit Union pursuant to Fed.R.Bankr.P. 3007(a).

1. The Claim filed on April 6, 2019, in the amount of $44,228.83 asserts a secured claim on property in the amount of $44,228.83.

2. The confirmed Plan provides that the property was surrendered to the lienholder.

3. The Trustee suggests that the claim is satisfied unless amended for deficiency within 90 days of an Order sustaining this Objection.

    NOTICE:  **Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

    If you do not want the court to enter an order affecting your claim, then on or before **January 27, 2020**, (30 days from the date of service), you or your lawyer must file a written response to the objection explaining your position.

    Those not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

        352 Federal Building
        101 NW M.L. King, Jr. Blvd.
        Evansville, IN 47708

    If you mail your response to the court, you must mail it early enough so the Court will **receive** it on or before the date stated above.

    If you or your attorney do not take these steps, the court may decide you do not oppose an order affecting your claim.

    WHEREFORE, the Trustee moves the Court for an Order disallowing the claim as filed.

Dated:  December 27, 2019

  /s/  Donald L. Decker
Donald L. Decker, Chapter 13 Trustee
PO Box 9237
Terre Haute, IN 47808-9237
Phone:  (812) 234-2600
Fax:  (812) 234-2666
E-mail:  ddecker@decker13trustee.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2019, a copy of the foregoing Trustee's Objection to Claim #4 and Notice of Response Deadline was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Rowdy G. Williams Law Firm, bk@rowdywilliams.com
U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

I further certify that on December 27, 2019, a copy of the foregoing Trustee's Objection to Claim #4 and Notice of Response Deadline was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Michael and Bobbie Ellebrecht
526 W CR 900 S
Cloverdale, IN 46120

Financial Center First Credit Union
7101 E 56th St
Indianapolis, IN 46226

  /s/  Donald L. Decker
Donald L. Decker