**SO ORDERED: January 28, 2020.**



*Jeffrey J. Graham*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SGENERIC (rev 10/2019)

In re:

**Michael James Ellebrecht II**,
**Bobbie Jo Ellebrecht**,
    Debtors.

Case No. **19–80157–JJG–13**

### ORDER MOOTING OBJECTION TO CLAIM

An Objection to Claim # 4 for Financial Cntr was filed on December 27, 2019, by Trustee Donald L Decker.

**IT IS ORDERED** that the Objection to Claim # 4 for Financial Cntr is **MOOTED** due to an amended claim being filed.

The Clerk's Office will distribute this order.

###