UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:                                                                    CASE NO.  19-80157 JJG-13
    MICHAEL JAMES ELLEBRECHT, II, and
    BOBBIE JO ELLEBRECHT,
        Debtors.

### TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN AND NOTICE OF OBJECTION DEADLINE

Donald L. Decker, the Standing Trustee, requests the Chapter 13 Plan be modified and in support thereof states:

1. The Debtors, Michael James Ellebrecht, II, and Bobbie Jo Ellebrecht, filed a Petition under Chapter 13 of the Bankruptcy Code on March 22, 2019.

2. The Debtors' Amended Chapter 13 Plan filed July 10, 2019, was confirmed by this Court on August 15, 2019, providing for payments to the Trustee of $5,261.60 through June 2019 and then $1,780.00 per month for 57 months or total payments to the Trustee of $106,721.60 or such other amount required to pay all timely filed unsecured claims in full.

3. The Debtors have not completed payments under the plan.

4. On January 13, 2020, Financial Center First Credit Union filed its amended claim contending a nonpriority unsecured deficiency balance of $29,074.83.

5. The allowed amended claim causes the Debtors' Plan to be underfunded.

6. The Trustee avers that in order to pay all allowed timely filed unsecured claims in full it is necessary to modify the Debtors' plan as follows:

        Plan payment:        $19,855.28 paid through February 2020
                                            $2,425.00 per month for 49 months beginning March 2020
        Plan Term:            60 months
        Plan Base:            $138,680.28 or such other amount required to pay all allowed timely filed unsecured claims in full.

WHEREFORE, the Chapter 13 Trustee requests that this Court inquire into the matters herein raised, hold a hearing dealing with the issues herein raised, or enter such orders and require such further inquiry as may appear appropriate to the Court.

NOTICE:  **Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to enter an order modifying the plan, or if you want the court to consider your views on the motion, then on or before **March 5, 2020** (21 days from the date of service), you or your attorney must file with the court a written objection explaining your position.

Those not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> 352 Federal Bldg
> 101 NW M.L. King Jr. Blvd.
> Evansville, IN 47708

If you mail your objection to the court, you must mail it early enough so the court will **receive** it on or before the date stated above.

If you or your attorney do not take these steps, the court may decide that you do not oppose an order modifying the plan, and may enter an order granting that relief.

Dated:  February 13, 2020

>   /s/   Donald L. Decker
> Donald L. Decker, Chapter 13 Trustee
> P.O. Box 9237
> Terre Haute, IN 47808-9237
> Phone:  (812) 234-2600
> Fax:  (812) 234-2666
> E-mail:  ddecker@decker13trustee.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020, a copy of the foregoing Trustee's Motion to Modify Chapter 13 Plan and Notice of Objection Deadline was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

> Rowdy G. Williams Law Firm, bk@rowdywilliams.com
> U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

I further certify that on February 13, 2020, a copy of the foregoing Motion to Modify Chapter 13 Plan and Notice of Objection Deadline was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Michael and Bobbie Ellebrecht
526 W CR 900 S
Cloverdale, IN 46120

                                                        /s/  Donald L. Decker
                                                       Donald L. Decker